**STATE of Missouri, Respondent,**

v.

**John KAMMER, Appellant.**

**No. 62631.**

Missouri Court of Appeals,
Eastern District,
Division Four.

July 20, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1993.

Application to Transfer Denied
Sept. 28, 1993.

James J. Knappenberger, William Jurgiel, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CARL R. GAERTNER, P.J., and CRANE and CRAHAN, JJ.

ORDER

PER CURIAM.

Defendant appeals from his convictions of second degree murder and armed criminal action. An opinion reciting detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only setting forth facts and reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).